DATE: 6/2/2015

FROM: IVAN JOSE MANZANO
TDCJ-ID #1426493
ESTELLE UNIT, 264 FM 3478
HUNTSVILLE, TX., 77320-3322

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 05 2015
Abel Acosta, Clerk

71,370-02

TO: SHARON KELLER,
PRESIDING JUDGE OF TEXAS COURT
OF CRIMINAL APPEALS.
P.O. BOX 12308 CAPITOL STATION
AUSTIN, TEXAS 78711

RE: ONCE AGAIN ABOUT being CONVICTED
OF AN UNEXISTING CRIME WHERE THE
MOST RELEVANT ISSUES WOULD BE TO
BE CONVICTED WITHOUT PROSECUTION
ACCORDING TO EX PARTE BAIN. (U.S.
SUPREME COURT); EX PARTE GARCIA
AND NORTON V. STATE (TEXAS COURT
OF APPEAL); U.S. CONST. AMEND. 5th.
WHERE THE FOLLOWING COROLLARY WILL
BE THAT I WAS CONVICTED WITHOUT
JURISDICTION, WITHOUT PRELIMINARY
HEARING, NO GRAND JURY, NO
ARRAIGNMENT, NO INVESTIGATION,
NO DNA EVEN WHEN "BLOOD AND
FLUID WAS FOUND UPON EXAMINATION
OF THE ALLEGED VICTIM; THE

1

greatest ever Brady violation in the whole country (about 150 pages of material evidence); judicial abuse where my sentence was falsified by the judge and the prosecutor when, from a requested probation by the jurors they converted into 20 years sentence. My juror's list was sealed pursuant to prevent me to contact them about a conviction that is not in the records even when U.S. supreme court caselaw Parker v. Gladden stated that is constitutional to contact them. Not just that but the greatest ever collection of prosecutorial misconduct counts, denial of counsel "You don't have defense", documented human right violation pursuant Vienna Convention Art. 36, at the end, more than 5 years by now, being a victim of some type of military program that was planted on me by TDCJ/Texas state, precisely to prevent me from present any succesful appeal to the state.

I need your help.

THANK,